UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AUTHAR LEE CAUSEY | CASE NO. 3:15cr42-MCR |

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   February 1, 2017

Motion/Pleadings: UNOPPOSED MOTION FOR AN ORDER OF DISMISSAL

Filed by  Government           on  2/01/2017         Doc. #    65

__X__ Stipulated      _____ Joint Pleading
_____ Unopposed      _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/   *Susan Simms*
Deputy Clerk:  Susan Simms

On consideration, the motion is GRANTED.

**DONE** and **ORDERED** this 2nd day of February, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**